# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                         Crim. No. 7:02-CR-140-1H

LEGRANT KEMP

On March 30, 2012, the above named was placed on a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                            I declare under penalty of perjury that the foregoing is true and correct.

                            /s/ Robert L. Thornton  
                            Robert L. Thornton  
                            Supervising U.S. Probation Officer  
                            310 Dick Street  
                            Fayetteville, NC 28301-5730  
                            Phone: 910-354-2535  
                            Executed On: September 30, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 1st day of October 2015.

                            Malcolm J. Howard  
                            Senior U.S. District Judge